UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN LEONOUR BLAKE,
    Plaintiff,

vs.                                                      Case No.: 3:23-cv-12764/MCR/ZCB

CHARLES RICHTER, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 22, 2024. (Doc. 25). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 25) is adopted and incorporated by reference in this order.

2. The Plaintiff's "Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order," (Doc. 24), which the Court construes as a motion for preliminary injunction, is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 25th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**