UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN LEONOUR BLAKE,
    Plaintiff,

vs.                                                                  Case No.: 3:23-cv-12764/MCR/ZCB

CHARLES RICHTER, et al.,
    Defendants.
_____/

### ORDER

The magistrate judge issued a Report and Recommendation on November 12, 2024. (Doc. 47). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 47) is adopted and incorporated by reference in this order.

2. Plaintiff's claim(s) against Defendant Creamer are **DISMISSED** without prejudice under Federal Rule of Civil Procedure 4(m) for lack of service.

3. The Clerk of Court is directed to terminate Officer Creamer as a Defendant in this case.

4. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**