UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN LEONOUR BLAKE,
    Plaintiff,

vs.                                       Case No.:  3:23-cv-12764/MCR/ZCB

CHARLES RICHTER, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 20, 2025.  (Doc. 49).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.[1]

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

---

[1] Plaintiff claims he never received a copy of the motion to dismiss.  Defendant included a Certificate of Service in his motion, stating that a copy of the motion was sent to Plaintiff at his correct address.  (Doc. 39 at 34).  Additionally, Plaintiff admits to receiving the Court's order requiring him to respond to Defendant's motion to dismiss.  (Doc. 50 at 1 (admitting he received Doc. 40)).  If Plaintiff truly did not receive a copy of the motion to dismiss, he should have responded to the Court's order (Doc. 40) requesting a copy.  Instead, Plaintiff waited until after the Court issued a Report and Recommendation to object on that basis.

1

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 49) is adopted and incorporated by reference in this order.

2. The Defendants' Motion to Dismiss, (Doc. 39), is **GRANTED** and Plaintiff's complaint dismissed for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

3. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 13th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**